No. 00–1555.  IN RE RETTIG.  C. A. 6th Cir.  Petition for writ of common-law certiorari denied.

No. 00–9589.  IN RE BERRY; and
No. 00–9617.  IN RE ADKINS.  Petitions for writs of habeas corpus denied.

No. 00–9346.  IN RE WESTINE; and
No. 00–9509.  IN RE GONZALEZ.  Petitions for writs of mandamus denied.

No. 00–1293.  ASHCROFT, ATTORNEY GENERAL *v.* AMERICAN CIVIL LIBERTIES UNION ET AL.  C. A. 3d Cir.  Certiorari granted.

No. 99–9611.  O'NEAL *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 00–945.  KAGAN *v.* UNITED STATES; and
No. 00–7360.  RUMIGNANI ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Reported below: 219 F. 3d 145 and 225 F. 3d 647.

No. 00–1313.  DREW, A MINOR UNDER AGE THIRTEEN, BY GUARDIAN AD LITEM, DREW, ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–1321.  BATH PETROLEUM STORAGE, INC. *v.* MARKET HUB PARTNERS ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 00–1383.  BRUNGART *v.* BELLSOUTH TELECOMMUNICATIONS, INC.  C. A. 11th Cir.  Certiorari denied.

No. 00–1435.  BITE, INC. *v.* FIRST NATIONAL BANK.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.